**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

THE ASYLUM CLINIC KANSAS CITY, )
et al., )
                              )
           Plaintiffs, )
                              )
v. )         Case No. 4:26-CV-00224-BCW
                              )
KANSAS CITY MISSOURI )
IMMIGRATION COURT, et al., )
                              )
           Defendants. )

## <u>ORDER</u>

The Court held a telephone conference in this matter on March 19, 2026. Consistent with the telephone conference discussion and the agreement of the parties, the Court sets forth the following briefing schedule with respect to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Doc. #4).

Briefing on Plaintiffs' motion will be expedited and split into the following two phases: (1) briefing relating to the Individual Plaintiffs; and (2) briefing relating to The Asylum Clinic of Kansas City. It is hereby

ORDERED Defendants shall respond to Plaintiffs' motion with respect to the Individual Plaintiffs by **March 23, 2026.** It is further

ORDERED Defendants shall respond to Plaintiffs' motion with respect to The Asylum Clinic of Kansas City by **March 27, 2026**. Thereafter, Plaintiffs shall reply to Defendants' response by **March 31, 2026**.

IT IS SO ORDERED.

Date: <u>March 19, 2026</u>                      <u>/s/ Brian C. Wimes</u>
                                             BRIAN C. WIMES, CHIEF JUDGE
                                             UNITED STATES DISTRICT COURT