**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

THE ASYLUM CLINIC KANSAS CITY,  )
et al.,                                    )
                                        )
          Plaintiffs,         )
                                        )
v.                                  )        Case No. 4:26-CV-00224-BCW
                                        )
KANSAS CITY MISSOURI        )
IMMIGRATION COURT, et al.,   )
                                        )
         Defendants.      )

## <u>AMENDED ORDER</u>

The Court held a telephone conference in this matter on March 25, 2026. Consistent with the telephone conference discussion and the agreement of the parties, the Court sets forth the following amended briefing schedule with respect to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Doc. #4). It is hereby

ORDERED Defendants shall respond to Plaintiffs' motion by **April 1, 2026**. Plaintiffs shall reply to Defendants' response by **April 6, 2026**.

IT IS SO ORDERED.

Date: <u>March 25, 2026</u>                   /s/ Brian C. Wimes
                                        BRIAN C. WIMES, CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT