**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

THE ASYLUM CLINIC KANSAS )
CITY, et al., )
)
        Plaintiffs, )
)     Case No. 4:26-CV-00224-BCW
v. )
)
KANSAS CITY, MISSOURI )
IMMIGRATION COURT, et al., )
)
        Defendants. )

## ORDER

The parties have requested the Court set a briefing schedule to address outstanding issues regarding the Plaintiffs' standing to bring their claims before this Court. (Docs. #20, 21). Also pending before the Court are Plaintiffs' motion for temporary restraining order and preliminary injunction (Doc. #4) and Defendants' motion to dismiss some of the individual plaintiffs (Doc. #20). The Court believes the issues presented in the three motions are intertwined and a hearing necessary. Accordingly, it is hereby

ORDERED the Government shall file its motion on Plaintiff The Asylum Clinic Kansas City's standing on or before July 14, 2026, and Plaintiffs shall file its response to said motion on or before July 24, 2026. It is further

ORDERED the parties meet and confer about availability for the hearing on the pending motions and then work with the Courtroom Deputy to schedule said hearing.

IT IS SO ORDERED.

Dated: July 1, 2026                     /s/ Brian C. Wimes
                                   BRIAN C. WIMES, CHIEF JUDGE
                                   UNITED STATES DISTRICT COURT

1